1

2

3                          IN THE UNITED STATES DISTRICT COURT

4                        FOR THE EASTERN DISTRICT OF CALIFORNIA

5

6   DOUGLAS C. BOYACK, ET AL,                    1:11-cv-00416-SKO

7             Plaintiffs,                        ORDER REQUIRING DEFENDANT TO FILE
                                                 APPLICATION TO PROCEED IN FORMA
8        vs.                                     PAUPERIS OR PAY FILING FEE WITHIN
                                                 FORTY-FIVE DAYS
9   ERIC RICHARD ELESON,
                                                 ORDER DIRECTING CLERK TO SEND
10            Defendant.                          PRISONER IFP APPLICATION TO
    _____/            DEFENDANT
11
                                                 (Doc. 2)
12

13

14        Defendant, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. §

15   1983 on October 12, 2010.  Defendant filed a motion seeking leave to proceed in forma pauperis, but

16   the form application he submitted lacks the requisite authorization for the deduction of the filing fee

17   from Defendant's trust account as funds are available.  28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        1.    Within **forty-five (45) days** from the date of service of this order, Defendant shall file

20              the attached application to proceed in forma pauperis, completed and signed, or in the

21              alternative, pay the $350.00 filing fee for this action;

22        2.    **No extension of time will be granted without a showing of good cause**;

23        3.    **The failure to comply with this order will result in dismissal of this action,**

24              **without prejudice.**

25

26   IT IS SO ORDERED.

27   Dated:   **March 21, 2011**                         **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE
28

                                               -1-