# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS C. BOYACK, et al., | CASE NO. 1:11-cv-00416-AWI-SKO |
| Plaintiffs, | **ORDER DENYING "MOTION FOR PROSECUTION" AS MOOT** |
| v. | |
| ERIC RICHARD ELESON, | (Docket No. 17) |
| Defendant. | |

On June 2, 2011, Defendant filed an "ex parte notice and motion for prosecution for obstruction of justice and conspiracy to obstruct." (Doc. 14.) On June 6, 2011, Judge Ishii adopted the April 22, 2011, Findings and Recommendations that the matter be remanded to the Tuolumne County Superior Court. (Doc. 15.) Plaintiff's motion does not have any bearing on the Court's order to remand the case and is moot in light of the subsequent remand order.

Accordingly, Plaintiff's "motion for prosecution for obstruction of justice and conspiracy to obstruct" is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: June 21, 2011         /s/ Sheila K. Oberto
                             UNITED STATES MAGISTRATE JUDGE